IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01567-RPM

TRUCK INSURANCE EXCHANGE,

    Plaintiff,

v.

MED1ONLINE, LLC, a Colorado Limited Liability Company,
FRANCIS SADOWSKI, individually and as Purported Class Representative,
Purported Class respondents and
DOES 1 through 10,000, inclusive,

    Defendants.
_____

ORDER OF REMAND
_____

    A notice of removal filed by defendant Med1Online, LLC, removing this civil action from the District Court, Jefferson County, Colorado alleges jurisdiction based on diversity of citizenship. In that allegation, the removing defendant identifies itself as a Colorado limited liability with its principal place of business in Golden, Colorado. Because the removing defendant is a citizen of Colorado, the action is not removable because of the prohibition in 28 U.S.C. §1441(b). It is therefore

    ORDERED that this civil action remanded to the District Court, Jefferson County, Colorado.

Dated: July 25th, 2007

                                                BY THE COURT:

                                                s/ Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge